IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41320
Conference Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL TYRE NOBLES,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:97-CR-16-2
- - - - - - - - - - -

June 16, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:*

Michael Tyre Nobles appeals his convictions for conspiracy to commit carjacking, conspiracy to use a firearm during and in relation to a carjacking, and carjacking in violation of 18 U.S.C. §§ 371, 924(n), and 2119. He argues that his co-defendant's testimony was impermissibly obtained by the Government because it was procured by the Government pursuant to a plea bargain in violation of 18 U.S.C. § 201(c)(2) and that the

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

admission of this testimony was plain error.  Nobles' argument is

foreclosed by this court's precedent.  <u>See</u> <u>United States v.</u>

<u>Webster</u>, 162 F.3d 308, 357-58 (5th Cir. 1998); <u>United States v.</u>

<u>Haese</u>, 162 F.3d 359, 366-68 (5th Cir. 1998).

   AFFIRMED.